UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **01-8100-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**EMILIO A. PEREZ,**

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION and REQUIRING PAYMENT OF CRIMINAL FINE

THIS CAUSE came before the Court upon government's motion for status hearing **[D.E. #173]** and the Court having referred this matter to Magistrate Judge Bruce Reinhart and a Report and Recommendation being entered **[D.E. #185],** it is

ORDERED and ADJUDGED that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge Bruce Reinhart. The Defendant is required to pay the outstanding criminal fine of $21,471.13 by **August 14, 2019**. Failure to comply will result in sanctions, including contempt, writ of bodily attachment and detention.

DONE and ORDERED in Miami-Dade County Florida this 12<sup>d</sup> day of July, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Emilio Perez
691 East Main Street
Pahokee, Florida 33476

Emilio Perez
246 East Main Street
Pahokee, Florida 33476